UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARI WEITZNER, ARI WEITZNER, M.D., P.C.

        Plaintiffs,

-against-　　　　　　　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　12-CV-3668 (MKB)RLM)

CYNOSURE, INC.,

        Defendant.
-----------------------------------------------------------------X

      An Order of Honorable Margo K. Brodie, United States District Judge, having been filed on February 22, 2013 dismissing the complaint as barred by claim preclusion and issue preclusion: it is

      ORDERED AND ADJUDGED that the complaint is dismissed.

Dated: Brooklyn, New York　　　　　　　　DOUGLAS C. PALMER
       March 5, 2013　　　　　　　　　　　　CLERK OF COURT

                                              by:
                                              Michele Gapinski
                                              Chief Deputy